DIFFENDERFFER vs. HUGHES.—June, 1825.

An appellant may dismiss his appeal at any time.

APPEAL from *Baltimore* County Court. In this case the appellant at the last term *dismissed* the appeal.

*Mitchell*, for the Appellee, moved the court, at the present term, for an order to strike out the dismissal, and to enter the judgment of the court below affirmed, so as to enable the appellee to take out execution from this court for the debt and costs.

THE COURT. The appellant may at any time dismiss his appeal.

MOTION OVERRULED.